**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA JAN 2 0 2006
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:06CR026-F |
| v. ) | [18 U.S.C. § 641] |
| ) | |
| KEITH JAMAL WASHINGTON ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

1.  At all times relevant to this Indictment, the defendant, **KEITH JAMAL WASHINGTON**, was a resident of Montgomery, Alabama.

2.  On or about September 13, 2005, Washington caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that Washington had suffered losses to a property he owned as his primary residence in New Orleans, Louisiana. In fact, Washington did not reside in Louisiana and did not suffer the losses claimed.

3.  FEMA accepted Washington's application and caused a United States Treasury check in the amount of $2,000 to be mailed to Washington in Montgomery, Alabama. Washington received the check and cashed it.

4.  On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

## KEITH JAMAL WASHINGTON,

did embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | September 16, 2005 | FEMA disaster assistance funds in the amount of $2,000. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
CHRISTOPHER A. SNYDER
Assistant United States Attorney

-2-