

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - <br> KEITH JAMAL WASHINGTON <br> SENTENCING GUIDELINES CASE | January 18, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk <br> U.S. District Court <br> Middle District of Alabama | Christopher A. Snyder <br> Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the January 18, 2006, Grand Jury:

>KEITH JAMAL WASHINGTON
>656 Burlington Drive
>Montgomery, AL

>LIMITS OF PUNISHMENT
>Ct. 1:
>NMT $250,000 or twice gross
>loss to victim or twice gross gain
>to defendant, whichever is greatest;
>NMT 10Y, or both;
>NMT 3Y SUP REL;
>$100 AF;
>VWPA.

Estimated trial time: 1 day