AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

KEITH JAMAL WASHINGTON
656 Burlington Avenue
Montgomery, Alabama

**WARRANT FOR ARREST**

Case Number: 2:06cr26-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Keith Jamal Washington__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)
Theft of government property

in violation of Title __18__ United States Code, Section(s) __641__

DEBRA P. HACKETT
Name of Issuing Officer

Clerk, U. S. District Court
Title of Issuing Officer

Signature of Issuing Officer

January 25, 2006 - Montgomery, Alabama
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |