| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: February 7, 2006 |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | Digital Recording 4:44 - 4:52 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr26-F  **DEFENDANT NAME:** Keith Jamal Washington

**AUSA:** Christopher Snyder  **DEFT. ATTY:** Russell Duraski

**Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** RonThweatt

**Interpreter needed:** ( √ ) NO; ( )YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest February 7, 2006 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Russell Duraski - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √BOND EXECUTED (M/D AL charges) $25,000. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE:  2/7/06 |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM: June 5, 2006 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |