COURTROOM DEPUTY'S MINUTES                    DATE: February 28, 2006

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 8:52 - 8:53

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:   2:06cr26-MEF**               **DEFENDANT(S)   Keith Jamal Washington**

|   GOVERNMENT    | APPEARANCES | DEFENDANT |
|-----------------|-------------|-----------|
| Christopher Snyder | * | Russell Duraski |

❒ **DISCOVERY STATUS:**
   Complete

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   Likely plea - Plea agreement to be prepared
   Notice of intent to change plea to be filed no later than noon on May 24, 2006

❒ **TRIAL STATUS**
   Trial time - 1 day

❒ **REMARKS:**