RECEIVED
2006 MAR 24 A 9: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| United States of America | * |
| | * |
| v. | *   Case No. 2:06-cr-026-MEF |
| | * |
| Keith Jamal Washington | * |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant, by and through counsel, has entered into plea negotiations with the U.S. Attorney's Office and has reached a plea agreement.

2. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

Respectfully submitted this 24th day of March, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

5950 Carmichael Place  
Suite 213  
Montgomery, Alabama  36117  
Telephone:  (334) 260-9733  
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 24th day of March, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant

Chris Snyder, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197