| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: April 13, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 9:05 - 9:18 | |
| | COURT REPORTER: Mitchell Reisner | |

- ☐ **ARRAIGNMENT**     √ **CHANGE OF PLEA**     ☐ **CONSENT PLEA**
- ☐ **RULE 44(c) HEARING**     ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr26-MEF     **DEFENDANT NAME:** Keith Jamal Washington
**AUSA:** Christopher Snyder     **DEFENDANT ATTORNEY:** Russell Duraski
     Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
     ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ☐ **Not Guilty**
     √ **Guilty as to:**
          √ **Count(s):** 1 of the Indictment
          ☐ **Count(s):**     ☐ dismissed on oral motion of USA
               ☐ to be dismissed at sentencing

√ Written plea agreement filed     ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**     ☐ **WAIVER OF SPEEDY TRIAL** filed.
     **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
     ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
     ☐ Defendant requests time to secure new counsel