IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 18 A 10: 11

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 2:06-cr-026-MEF |
| | * | |
| Keith Jamal Washington | * | |

## MOTION TO CONTINUE SENTENCING

Comes now the undersigned counsel and files this his Motion to Continue Sentencing in the above-styled and shows as follows:

1. This matter is set for sentencing on July 6, 2006 at 9:00 a.m.

2. The undersigned counsel is scheduled to be in St. Louis, MO that week for a family reunion.

3. Counsel is available the following week for sentencing in this case,

4. The Assistant U. S. Attorney assigned to this matter has been contacted and has no objection to this Motion.

Wherefore; the undersigned respectfully requests that this matter be continued one week.

Respectfully submitted this 18th day of April, 2006.

Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place, Suite 213

Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 18th day of April, 2006.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Chris Snyder, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197