IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-026-MEF |
| | ) | |
| KEITH JAMAL WASHINGTON | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #22) filed on April 18, 2006, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for July 6, 2006 is continued to July 11, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 20th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE