# MINUTES

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Honorable Mark E. Fuller,                AT MONTGOMERY, AL

DATE COMMENCED:    7-11-06              AT 9:10 a.m.
DATE COMPLETED:    7-11-06              AT 9:30 a.m

United States of America          )
                                  )
    vs.                           )    CR NO. 2:06CR26-MEF
                                  )
Keith Jamal Washington            )

_____
    Government            APPEARANCES         Defendant
Christopher A. Snyder                      Russell T. Duraski
_____
                    Court Officials Present:

Jimmy Dickens, Court Reporter    Jacquelyn P. Caple, USPO
Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
                    COURTROOM PROCEEDINGS

7/11/06 Sentencing

    9:10 a.m. -   Court convenes.
                  Counsel for the Government states the terms
                  of the plea agreement for the Court.
                  The Court will accept the terms of the plea
                  agreement between the parties.
                  The Court sentences defendant and advises him
                  of his right to an appeal.
    9:30 a.m. -   Court is in recess.