## MINUTES

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION

     Honorable Mark E. Fuller,          AT MONTGOMERY, AL

DATE COMMENCED:    7-11-06              AT 4:50 p.m.
DATE COMPLETED:    7-11-06              AT 5:05 p.m

United States of America        )
                                )
    vs.                         )     CR NO. 2:06CR26-MEF
                                )
Keith Jamal Washington          )
```
_____
      Government          APPEARANCES        Defendant
Christopher A. Snyder                        Russell T. Duraski
_____
                    Court Officials Present:

Jimmy Dickens, Court Reporter    Jacquelyn P. Caple, USPO
Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
                    COURTROOM PROCEEDINGS

7/11/06 Sentencing

    4:50 p.m. -     Court reconvenes.
                    Court is called back to order after oral
                    pronouncing of sentencing this morning.
                    Shortly before 3:00 p.m. today the Court was
                    notified that the dft. tested positive for
                    cocaine.  The Court will VACATE the oral
                    imposition of sentencing that was pronounced
                    today and tear up the written order that was
                    not entered yet on this date.
                    Defense counsel ask the Court to not go
                    forward with sentencing today since the Court
                    will not be going along with the 11(c)(1)c
                    plea agreement.
                    The Court will not follow the terms of the
                    plea agreement at this time and the dft. has
                    the right to withdraw his guilty plea or go
                    forth with a trial at this time.
                    The dft. will continue with plea negotiations
                    at this time and will be set on the next

|  |  |
|---|---|
|  | criminal term if necessary.  A waiver of speedy trial will be filed this week with the Court. |
|  | The Court will keep dft. under the same conditions of release of the Magistrate Judge with a modification of no use of alcohol.  The Court will withdraw the referral of this case to the Magistrate Judge and will handle everything in this case from here on out. |
| 5:05 p.m. - | Court is in recess. |