**RECEIVED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUL 13 A 8:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | 2:06-cr-026-MEF |
| ) | |
| KEITH JAMAL WASHINGTON  ) | |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

Comes now the Defendant in the above-styled matter, Keith Jamal Washington, and files this his Waiver of Right to Speedy Trial and shows to the Court as follows:

1. The Defendant expressly waives his right to a speedy trial pursuant to the Speedy Trial Act and the Sixth Amendment to the United States Constitution.

_____
Keith Jamal Washington

Respectfully submitted this the 13th day of July, 2006.

/s/ Russell T. Duraski
Russell T. Duraski (DUR007)
Attorney for Defendant
5950 Carmichael Place
Suite 213
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 13th day of July, 2006.

*(signature)*
Russell T. Duraski (DUR007)
Attorney for Defendant


Christopher Snyder, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197