**COURTROOM DEPUTY'S MINUTES**  **DATE:** August 21, 2006

**MIDDLE DISTRICT OF ALABAMA**  **Digital Recording:** 3:14 - 3:15

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr26-MEF  **DEFENDANT(S)** Keith Jamal Washington

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Russell Duraski |

☐ **DISCOVERY STATUS:**
    No problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Defendant will enter Plea
    Notice of Intent to Change plea has been filed

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**