IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-026-MEF |
| | ) | (WO) |
| KEITH JAMAL WASHINGTON | ) | |

# **O R D E R**

It is hereby ORDERED that this matter is set for a change of plea and sentencing on September 11, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 30th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE