# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   9/11/06          AT:   2:05 p.m.
DATE COMPLETED:   9/11/06          AT:   2:45 p.m.

UNITED STATES OF AMERICA          §
                                  §
vs.                               §   CR. NO. 2:06CR26-MEF
                                  §
KEITH JAMAL WASHINGTON            §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Chris Snyder | | Russell T. Duraski |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter          Jacquelyn P. Caple, USPO
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X) **Change of Plea and Sentencing**

2:05 p.m. -   Court convenes.
Court gives oath and swears defendant in.
Court goes over personal information, charges and penalties, status of case and advised of his rights and offense for which defendant is here today to plead guilty to.
Defendant pleads guilty.
Court accepts defendants guilty plea and adjudges defendant guilty as entered into here today by the defendant.
Defendant waives any pre-sentence investigative report by USPO.
There is no plea agreement between the parties.
Court sentences defendant and advises him of his right to an appeal.

2:45 p.m. -   Court is in recess.