PROB 12A
(7/93)

# United States District Court

for

## Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Keith Washington              Case Number: 2:06CR26-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Court Judge

Date of Original Sentence: September 11, 2006

Original Offense:  1) Theft of Government Property, 18 USC § 641

Original Sentence: 36 months probation.

Type of Supervision: Probation          Date Supervision Commenced: September 11, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Number 1:**<br>Mandatory Condition:<br>" The defendant shall not commit another federal, state or local crime." | Records reflect that on February 27, 2007, Keith Washington was arrested by the Montgomery Police Department for Violation of a Protection Order. Contact with the Montgomery Municipal Court reflected that he has a court date set for May 8 2007. |
| **Number 2:**<br>Condition No. 11:<br>"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." | Keith Washington failed to notify USPO David Conoly of his arrest on February 27, 2007. |
| **Number 3:**<br>" The defendant shall pay restitution in the amount of $2,000 to FEMA at a rate of not less than $70 per month. " | Keith Washington has failed to make any payments towards his restitution. His balance remains at $2,000. |

**U.S. Probation Officer Action**: Washington's supervision began on September 11, 2006. Since his release, he has provided numerous urine samples, all of which tested negative for the presence of controlled substances. Washington is employed full-time and is in the process of obtaining a second part-

PROB 12A
(7/93)

2

time job. It is respectfully recommended that no action be taken at this time pending the outcome of the new charges.

                                                            Respectfully submitted,

                                by    /s/ David A. Conoly
                                          U.S. Probation Officer
                                          Date: December 29, 2005

Reviewed and approved:   /s/ David Ron Thweatt
                          Supervising U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other
[X]   Concur with Probation Officer's recommendation
[X]   No action necessary

                                                                   Signature of Judicial Officer

                                                                   30 Mar 2007
                                                                         Date